# Court of Appeals
# of the State of Georgia

ATLANTA,  June 29, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1597. BARRY FRIZZELL v. TAMARA HARRIS f/k/a TAMARA HARRIS FRIZZELL.

Barry Frizzell and Tamara Harris divorced in 2017. They signed a marital dissolution agreement, which was incorporated into the final decree. In March 2019, Tamara filed an application for contempt, contending in part that Barry had failed to fulfill his financial obligations. The trial court entered an order awarding Tamara a money judgment against Barry. Barry then filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2). The underlying action – a contempt petition from a divorce decree – is a domestic relations case that requires compliance with the discretionary appeal statute. See *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Barry failed to follow the requisite appellate procedure, we lack jurisdiction to

consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, 06/29/2022*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*